No. 79–5004. PARKER *v.* ROTH, *ante,* p. 920;

No. 79–5546. PLATEL *v.* CLARK, JUDGE, ET AL., *ante,* p. 994;

No. 79–5554. WILLIAMS *v.* UNITED STATES, *ante,* p. 1010;

No. 79–5562. CHODOS *v.* FEDERAL BUREAU OF INVESTIGATION, *ante,* p. 1021;

No. 79–5572. LILLIBRIDGE ET UX. *v.* MORTON, COMMISSIONER OF INTERNAL REVENUE, ET AL., *ante,* p. 1046;

No. 79–5616. JOHNS *v.* WOODBRIDGE TOWNSHIP ET AL., *ante,* p. 1022;

No. 79–5621. BRETZ *v.* MONTANA, *ante,* p. 994;

No. 79–5632. ROACH *v.* SOUTH CAROLINA, *ante,* p. 1026;

No. 79–5636. GAINES *v.* MERCHANTS NATIONAL BANK & TRUST COMPANY OF INDIANAPOLIS, *ante,* p. 1023;

No. 79–5667. PAUL *v.* STAFFORD, U. S. DISTRICT JUDGE, ET AL., *ante,* p. 1011; and

No. 79–5696. KENNEDY *v.* INDIANA, *ante,* p. 1047. Petitions for rehearing denied.

No. 78–6694. THIESS *v.* FRANKLIN SQUARE HOSPITAL, INC., ET AL., *ante,* pp. 851 and 975; and

No. 79–5030. SANDERS ET AL. *v.* HANKINS ET AL., *ante,* pp. 872 and 975. Motions for leave to file second petitions for rehearing denied.

No. 79–177. JACKA *v.* UNITED STATES, *ante,* p. 949. Motion for leave to file petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 79–545. HOLLOWAY *v.* TIMES MIRROR PRESS CO., *ante,* p. 966. Motion for leave to file petition for rehearing denied.

FEBRUARY 22, 1980

No. 79–960. CHANDLER *v.* UNITED STATES. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 60.